387 A.2d 916

Aument et al., Appellants, v. Misczak et al.

Argued September 20, 1977.  Morton Slifkin, with him Neal S. Axe, for appellants; Charles W. Craven, with him John J. Coffey, for appellees.

Order affirmed.

JACOBS, P. J., and HOFFMAN, J., dissented.

WATKINS, former P. J., did not participate in the consideration or decision of this case.